*Re:* Jason Matthews

Ch. 7 Case No. 22-42730

Please note that the following Schedule(s) have been amended to reflect the following:

**Schedule A/C have been amended to add the following :** .

1. Workers' Comp claim. Ongoing. WC attorney: Pasternack Tilker Ziegler Walsh Stanton & Romano L.L.P 180 Livingston Street Suite 2, Brooklyn, NY 11201 (718) 260-6813
2. Personal injury claim. Trip & fall accident. DOA 5/17/21. Soft tissue injuries. Personal Injury attorney: Levitsky Law Firm PLLC, 3163 Coney Island Ave, Brooklyn, NY 11235. 347-462-1660.