UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

IN RE:                                              Case No.  1-22-42730 nhl

    JASON MATTHEWS,
                                                    Chapter 7
         Debtor.
-------------------------------------------------------------- X

## TRUSTEE'S INTERIM REPORT/
## NOTICE OF DELAYED FINAL REPORT

    I  Gregory Messer, trustee in the above captioned case am informing the Court that at this time I am unable to file a final report due to litigation pending listed below:

**Matter Pending**:    Pending Personal Injury Action

**Status**:    The personal injury case remains in the discovery stage.   EBT's have been scheduled for Mr. Matthews and the Defendants for February 20, 2025.  The deadline to file the Note of Issue is October 31, 2025.   Special Counsel has filed a motion for default judgment against one of the defendants.

    It is difficult to estimate when this case will be ready to be closed but it would appear that it may be several years before the personal injury action will be resolved.

Dated: December 3, 2024

                            */s/ Gregory Messer*

                            GREGORY MESSER, Case Trustee